**96–2333.  Zukowski v. Testa.**
Franklin App. No. 96APH03–358.  Reported at 77 Ohio St.3d 1518, 674 N.E.2d 371.  On motion for reconsideration and on second motion for reconsideration.  Motions denied.

**96–2357.  Guess v. Landefeld.**
Fairfield App. Nos. 96CA37, 96CA39, 96CA40 and 96CA45.  Reported at 77 Ohio St.3d 1518, 674 N.E.2d 372.  On motion for reconsideration.  Motion denied.

**96–2392.  Lucas, Prendergast, Albright, Gibson & Newman v. Zschach.**
Franklin App. No. 95APE12–1663.  Reported at 77 Ohio St.3d 1519, 674 N.E.2d 372.  On motion for reconsideration.  Motion denied.

**96–2400.  Davis v. Sam's Club.**
Cuyahoga App. No. 69647.  Reported at 77 Ohio St.3d 1526, 674 N.E.2d 377.  On motion for reconsideration.  Motion denied.

**96–2401.  Kremer v. Cox.**
Summit App. Nos. 17370 and 17394.  Reported at 77 Ohio St.3d 1519, 674 N.E.2d 372.  On motion for reconsideration.  Motion denied.

Соок, J., not participating.